UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JADE E. ANDERSON, | No. C 10-0155 SI (pr) |
| Petitioner, | **ORDER EXTENDING DEADLINES** |
| v. | |
| TINA HORNBECK, warden, | |
| Respondent. | |

Respondent has filed an <u>ex parte</u> request for an extension of time to respond to the petition for writ of habeas corpus. Having considered the request and the accompanying declaration of attorney Amy Haddix, the court GRANTS respondent's request. (Docket # 4.) Respondent must file and serve her response to the petition no later than **September 3, 2010**. Petitioner must file and serve hers traverse no later than **October 8, 2010.**

IT IS SO ORDERED.

DATED: July 2, 2010

_Susan Illston_
SUSAN ILLSTON
United States District Judge