UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JADE E. ANDERSON, | No. C 10-0155 SI (pr) |
|     Petitioner, | **ORDER EXTENDING DEADLINES** |
|     v. | |
| TINA HORNBECK, warden, | |
|     Respondent. | |

    Respondent has filed a second <u>ex parte</u> request for an extension of time to respond to the petition for writ of habeas corpus. Having considered the request and the accompanying declaration of attorney Amy Haddix, the court GRANTS respondent's request. (Docket # 6.) Respondent must file and serve her response to the petition no later than **October 29, 2010**. Petitioner must file and serve hers traverse no later than **December 3, 2010.**

    IT IS SO ORDERED.

DATED: September 7, 2010

                                                              SUSAN ILLSTON
                                             United States District Judge