UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JADE E. ANDERSON, | No. C 10-0155 SI (pr) |
| Petitioner, | **ORDER** |
| v. | |
| TINA HORNBECK, warden, | |
| Respondent. | |

Petitioner has filed a request for appointment of counsel, for an extension of time to file her traverse, and for an evidentiary hearing. The request is DENIED in part and GRANTED in part. (Docket # 9.)

The request for appointment of counsel is DENIED for the reasons stated in the order to show cause, pp. 2-3, when the court denied her first request for appointment of counsel. However, the court notes that respondent has cited what appears to be an excessive number of cases – 72 in all – in a brief that only addresses three legal claims. Although the court has ready access to legal databases such as Westlaw to obtain and review the six dozen cases cited, merely obtaining those cases to read them may be unduly difficult for the incarcerated pro se petitioner. Accordingly, respondent's counsel must mail a copy of all the cases cited in her brief to petitioner no later than **December 23, 2010**.

The request for an extension of time for petitioner to file her traverse is GRANTED. Petitioner must file and serve her traverse no later than **February 4, 2011.**

The request for an evidentiary hearing is DENIED. If, after the petition is fully briefed on the merits, the court determines that an evidentiary hearing is necessary it will order one without need for a request from a party.

IT IS SO ORDERED.

DATED: December 1, 2010

_____
SUSAN ILLSTON
United States District Judge