UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JADE E. ANDERSON, | No. C 10-0155 SI (pr) |
| Petitioner, | **JUDGMENT** |
| v. | |
| TINA HORNBECK, Warden, | |
| Respondent. | |

The petition for writ of habeas corpus is denied. Judgment is entered accordingly.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: August 19, 2013

_____
SUSAN ILLSTON
United States District Judge