UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JADE E. ANDERSON, | No. C 10-0155 SI (pr) |
| Petitioner, | **ORDER** |
| v. | |
| TINA HORNBECK, warden, | |
| Respondent. | |

Petitioner's motion for appointment of counsel on appeal from the denial of her petition for writ of habeas corpus is DENIED without prejudice to her renewing her motion in the court of appeals. Docket # 20.

IT IS SO ORDERED.

DATED: October 7, 2013

SUSAN ILLSTON
United States District Judge